IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**VICTORIA NICOLE STODDARD,**

    Plaintiff,

v.                                                                                       No. 21-cv-0669 KRS/SMV

**JEREMIAH J. HARMS,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,**
**GURINDER SINGH HUNDAL,**
**GOLDEN TRUCKING,**
**WILSHIRE INSURANCE COMPANY,**
**BRANDY STODDARD,**
**PROGRESSIVE PALOVERDE INSURANCE COMPANY,**
**and JOHN AND JANE DOES 1–10,**

    Defendants,[1]

and

**BRANDY STODDARD,**[2]

    Cross-Plaintiff/Third-Party Plaintiff,

v.

**JEREMIAH J. HARMS,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,**
**GURINDER SINGH HUNDAL,**
**GOLDEN TRUCKING, and**
**WILSHIRE INSURANCE COMPANY,**

    Cross-Defendants,

and

---

[1] Plaintiff's original Complaint, filed in state court on December 28, 2020, named only John Does as Defendants. [Doc. 1-1] at 4–11. Plaintiff's First Amended Complaint, filed in state court on March 31, 2021, named among others, Tiwana Insurance Solutions, Inc. as a Defendant. [Doc. 1-1] at 14–25. But Tiwana was not named in the Second Amended Complaint, [Doc. 1-1] at 156–69, which was filed on June 10, 2021, in state court, and is the operative complaint.

[2] John Stoddard was named alongside Brandy Stoddard as initiating the same claims, but it does not appear that he has been granted leave to intervene. *See* Fed. R. Civ. P. 24; *see also* Rule 1-024 NMRA.

**DERRYON JAMES, ALEXANDER UZVENKO,
GLOBAL CARGO LOGISTICS, and
JOHN AND JANE DOES 1–10,**

    **Third-Party Defendants.**

**and**

**JEREMIAH J. HARMS,**

    **Cross-Plaintiff/Cross-Defendant,**

**v.**

**GURINDER SINGH HUNDAL and
GOLDEN TRUCKING,**

    **Cross-Defendants/Cross-Plaintiffs.**

## ORDER SETTING STATUS CONFERENCE

**Date and time**:        November 30, 2021, at 1:30 p.m. MST

**Matter to be heard**:   Status Conference

A telephonic Status Conference is hereby set for **November 30, 2021, at 1:30 p.m. MST**.

Counsel should be prepared to discuss the status of the case, including but not limited to:

- Whether removing Defendant Wilshire has satisfied its duty to file on the record in this case legible copies of all records and proceedings from the state court docket, as required by D.N.M.LR-Civ. 81.1(a).

- The status of service of process on Third-Party Defendants Derryon James, Alexander Uzvenko, and Global Cargo Logistics by Third-Party Plaintiff Brandy Stoddard.

- The status of Defendants Hundal and Golden Trucking's pleading responsive to Plaintiff's Second Amended Complaint, [Doc. 1-1] at 156—69, filed in state court on June 10, 2021.

- The status of Defendant Harms's pleading responsive to Plaintiff's Second Amended Complaint, [Doc. 1-1] at 156—69, filed in state court on June 10, 2021. Defendant Harms answered Plaintiff's First Amended Complaint, [Doc. 5], but not the Second.

- The status of Cross-Defendants Harms and State Farm's pleading responsive to Cross-Plaintiff Brandy Stoddard's First Amended Cross Claim and Third-Party Complaint, [Doc. 1-1] at 225–246, filed in state court on July 2, 2021.

- The status of Cross-Defendant Harms's pleading responsive to Cross-Plaintiffs Hundal and Golden Trucking's Cross Claim, [Doc. 8], filed in this Court on August 27, 2021.

- Whether John Stoddard has filed or intends to file a motion to intervene and, if so, when.

Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**