# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**VICTORIA NICOLE STODDARD,**

    Plaintiff,

v.                                                          No. 21-cv-0669 KRS/SMV

**JEREMIAH J. HARMS,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,**
**GURINDER SINGH HUNDAL,**
**GOLDEN TRUCKING,**
**WILSHIRE INSURANCE COMPANY,**
**BRANDY STODDARD,**
**PROGRESSIVE PALOVERDE INSURANCE COMPANY,**
**and JOHN AND JANE DOES 1–10,**

    Defendants,[1]

**and**

**BRANDY STODDARD,**[2]

    Cross-Plaintiff/Third-Party Plaintiff,

v.

**JEREMIAH J. HARMS,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,**
**GURINDER SINGH HUNDAL,**
**GOLDEN TRUCKING, and**
**WILSHIRE INSURANCE COMPANY,**

    Cross-Defendants,

**and**

---

[1] Plaintiff's original Complaint, filed in state court on December 28, 2020, named only John Does as Defendants. [Doc. 1-1] at 4–11. Plaintiff's First Amended Complaint, filed in state court on March 31, 2021, named among others, Tiwana Insurance Solutions, Inc. as a Defendant. [Doc. 1-1] at 14–25. But Tiwana was not named in the Second Amended Complaint, [Doc. 1-1] at 156–69, which was filed on June 10, 2021, in state court, and is the operative complaint.

[2] John Stoddard was named alongside Brandy Stoddard as initiating the same claims, but it does not appear that he has been granted leave to intervene. *See* Fed. R. Civ. P. 24; *see also* Rule 1-024 NMRA.

**DERRYON JAMES, ALEXANDER UZVENKO,
GLOBAL CARGO LOGISTICS, and
JOHN AND JANE DOES 1–10,**

      **Third-Party Defendants.**

**and**

**JEREMIAH J. HARMS,**

      **Cross-Plaintiff/Cross-Defendant,**

**v.**

**GURINDER SINGH HUNDAL and
GOLDEN TRUCKING,**

      **Cross-Defendants/Cross-Plaintiffs.**

## ORDER SETTING STATUS CONFERENCE

**Date and time**:   February 10, 2022, at 3:30 p.m. MST

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

A telephonic status conference is set for **February 10, 2022, at 3:30 p.m. MST.**  Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.  The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

      **IT IS SO ORDERED.**

                                       **STEPHAN M. VIDMAR
                                       United States Magistrate Judge**