## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**VICTORIA NICOLE STODDARD,**

      **Plaintiff,**

**v.**                                                                           **No. 21-cv-0669 MIS/SMV**

**JEREMIAH J. HARMS,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,**
**GURINDER SINGH HUNDAL,**
**GOLDEN TRUCKING,**
**WILSHIRE INSURANCE COMPANY,**
**BRANDY STODDARD,**
**PROGRESSIVE PALOVERDE INSURANCE COMPANY,**
**and JOHN AND JANE DOES 1–10,**

      **Defendants,[1]**

**and**

**BRANDY STODDARD,[2]**

      **Cross-Plaintiff/Third-Party Plaintiff,**

**v.**

**JEREMIAH J. HARMS,**
**STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,**
**GURINDER SINGH HUNDAL,**
**GOLDEN TRUCKING, and**
**WILSHIRE INSURANCE COMPANY,**

      **Cross-Defendants,**

---

[1] Plaintiff's original Complaint, filed in state court on December 28, 2020, named only John Does as Defendants. [Doc. 1-1] at 4–11. Plaintiff's First Amended Complaint, filed in state court on March 31, 2021, named among others, Tiwana Insurance Solutions, Inc. as a Defendant. [Doc. 1-1] at 14–25. But Tiwana was not named in the Second Amended Complaint, [Doc. 1-1] at 156–69, which was filed on June 10, 2021, in state court, and is the operative complaint.

[2] John Stoddard was named alongside Brandy Stoddard as initiating the same claims, but it does not appear that he has been granted leave to intervene. *See* Fed. R. Civ. P. 24; *see also* Rule 1-024 NMRA.

**And**

**DERRYON JAMES, ALEXANDER UZVENKO,**
**GLOBAL CARGO LOGISTICS, and**
**JOHN AND JANE DOES 1–10,**

      **Third-Party Defendants.**

**and**

**JEREMIAH J. HARMS,**

      **Cross-Plaintiff/Cross-Defendant,**

**v.**

**GURINDER SINGH HUNDAL and**
**GOLDEN TRUCKING,**

      **Cross-Defendants/Cross-Plaintiffs.**

## ORDER SETTING HEARING ON PLAINTIFF'S UNOPPOSED MOTION TO APPROVE SETTLEMENT[3]

      **THIS MATTER** is before the Court pursuant to Plaintiff's Unopposed Motion to Approve Settlement, filed on June 29, 2022. [Doc. 40]. The Court will hold a telephonic hearing to consider approval of the proposed settlement.

      **IT IS THEREFORE ORDERED** that a telephonic hearing to consider approval of the proposed settlement is set for **August 19, 2022, at 1:30 p.m. MDT**. Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings.

---

[3] Pursuant to the provisions of 28 U.S.C. § 636(b)(l)(B) and (b)(3) and Rule 72(b) of the Federal Rules of Civil Procedure, United States District Judge Margaret I. Strickland referred Plaintiff's Unopposed Motion to Approve Settlement [Doc. 40] to Magistrate Judge Stephan M. Vidmar to conduct hearings, if warranted, including evidentiary hearings, and to perform any legal analysis required to recommend an ultimate disposition of the Motion. *See* [Doc. 41].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**