## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

VICTORIA NICOLE STODDARD,

    Plaintiff,

v.                                                         Civ. No. 1:21-cv-0669 MIS/SMV

JEREMIAH J. HARMS,
STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,
GURINDER SINGH HUNDAL,
GOLDEN TRUCKING,
WILSHIRE INSURANCE COMPANY,
BRANDY STODDARD,
PROGRESSIVE PALOVERDE INSURANCE COMPANY,
and JOHN AND JANE DOES 1–10,

    Defendants,

and

BRANDY STODDARD,

    Cross-Plaintiff/Third-Party Plaintiff,

v.

JEREMIAH J. HARMS,
STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,
GURINDER SINGH HUNDAL,
GOLDEN TRUCKING, and
WILSHIRE INSURANCE COMPANY,

    Cross-Defendants,

and
DERRYON JAMES, ALEXANDER UZVENKO,
GLOBAL CARGO LOGISTICS, and
JOHN AND JANE DOES 1–10,

    Third-Party Defendants.

and

JEREMIAH J. HARMS,

      Cross-Plaintiff/Cross-Defendant,

v.

GURINDER SINGH HUNDAL and
GOLDEN TRUCKING,

      Cross-Defendants/Cross-Plaintiffs.

## **FINAL JUDGMENT**

The parties have filed a stipulated motion to dismiss with prejudice all claims in this case. ECF No. 48. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal by all parties who have appeared." The stipulated motion is signed by the non-filing parties' attorneys.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the case is **DISMISSED WITH PREJUDICE**, with the parties to bear their own costs and attorney's fees.

2. The Clerk of the Court is **INSTRUCTED TO CLOSE** the case.

*Margaret Strickland*
_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE